UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY WILSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMYLIN PHARMACEUTICALS, LLC, F/K/A/ AMYLIN PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, and DOES 1-100,<br><br>　　　　　Defendants. | Case No.14cv997 AJB (MDD)<br><br>ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>[Doc. No. 9] |

　　　The matter comes before the Court on the Party's joint motion for an extension of time for Defendant Amylin Pharmaceutical, LLC ("Amylin") to respond to Plaintiff's Complaint.  Upon consideration of the motion and for good cause shown, the Court GRANTS the motion.  Amylin must file their response to Plaintiff's Complaint on or before July 8, 2014.

IT IS SO ORDERED.

DATED:  June 18, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　U.S. District Judge