UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION | MDL Case No.13md2452 AJB (MDD) <br> As to all related and member cases <br> ORDER FOLLOWING DECEMBER 11, 2014 STATUS CONFERENCE |

On December 11, 2014 the Court held a telephonic Status Conference to address issues discussed at the October 23, 2014 Case Management Conference and thereafter, as set out by the Parties in their Joint Agenda. (Doc. No. 829.) Judge Highberger of the Los Angeles County Superior Court participated, as did some sixty-six attorneys for the parties. Counsels' appearances are set forth in Court's Exhibit 1 to the hearing. (Doc. No. 843.)

A thorough discussion of all issues raised proceeded on the record. The following is a summary of the proceedings and their respective status:

I. SAS FILE PRODUCTION:
   1. Counsel for both sides represented to the Court that SAS files have been produced as contemplated in prior scheduling orders.

II. COMMON BENEFIT FUND ORDER:
   1. The current disputes over two provisions in the proposed common benefit fund order were discussed and are under submission.

    2.    Counsel for Plaintiffs are directed to submit a redlined version of the proposed common benefit fund order to chambers for consideration and further revision. Upon final review, the Court will issue a written order.

III.    PENDING MOTIONS TO REMAND

    1.    Plaintiffs' motions to remand are currently pending in the following cases: *Briggs*, Case No. 14cv1677; *Kelly*, Case No. 14cv2066; *Johnson*, Case No. 14cv2070; *Martinez*, Case No. 14cv2071; *Kreis*, Case No. 14cv2072.

    2.    The Court inquired as to the parties' explanation of the practical implications of remand in light of the Ninth Circuit's decision in *Corber v. Xanodyne Pharmaceutical, Inc*. The motions were then taken under submission with the Court to issue a written order upon decision.

IV.    THE NEXT STATUS CONFERENCE:

The Court will hold another telephonic Status Conference on **February 2, 2015 at 3:00 p.m.** Any call-in instructions, topics for discussion, and a list of the individuals who will be appearing telephonically must be submitted to the Court via e-file no later than **January 29, 2015 at 12:00 p.m.**

IT IS SO ORDERED.

DATED: December 15, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge